1  John H. Everett, Esq. (Bar No. 95120)
   LAW OFFICE OF JOHN H. EVERETT
2  110 West "A" Street, Suite 950
   San Diego, California 92101
3  Telephone: (619) 294-2200
   Facsimile: (619) 294-2300
4

5  Attorney for Defendant, CAJUN REALTY LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWAN KIM, <br><br> Plaintiff, <br><br> vs. <br><br> CAJUN REALTY LLC; and DOES 1-10, <br><br> Defendants. | Case No.: 2:22-CV-00954-PA-SK <br><br> **STIPULATION TO SET ASIDE DEFAULT AND ORDER** <br><br> Complaint filed: 02/11/22 |

It is hereby stipulated by and between Plaintiff, HWAN KIM, represented by Jason Yoon, So. Cal Equal Access Group, and Defendant, CAJUN REALTY LLC, represented by John H. Everett, Esq., Law Offices of John H. Everett, that Plaintiff's Request for Entry of Default, entered on May 25, 2022, be set aside and Defendant, CAJUN REALTY LLC, be allowed to file its responsive pleading, within 30 days of the execution of this Stipulation.

///

///

1

STIPULATION TO SET ASIDE DEFAULT AND ORDER

IT IS SO STIPULATED.

Dated: June 14, 2022          LAW OFFICE OF JOHN H. EVERETT

BY:   */s/ John H. Everett*
        JOHN H. EVERETT, ESQ.
        Attorney for Defendants,
        CAJUN REALTY LLC

Dated: June 14, 2022          SO. CAL EQUAL ACCESS GROUP

BY:   */s/ Jason J. Kim*
        JASON J. KIM, ESQ.
        Attorneys for Plaintiff
        HWAN KIM

<u>SIGNATURE ATTESTATION</u>

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 14, 2022          LAW OFFICE OF JOHN H. EVERETT

BY:   */s/ John H. Everett*
        JOHN H. EVERETT, ESQ.
        Attorney for Defendant,
        CAJUN REALTY LLC

2
STIPULATION TO SET ASIDE DEFAULT AND ORDER