John H. Everett, Esq. (Bar No. 95120)
LAW OFFICE OF JOHN H. EVERETT
110 West "A" Street, Suite 950
San Diego, California 92101
Telephone:  (619) 294-2200
Facsimile:  (619) 294-2300

Attorney for Defendant, CAJUN REALTY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWAN KIM, | ) Case No.:  2:22-CV-00954-PA-SK |
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER ON STIPULATION TO SET ASIDE DEFAULT** |
| CAJUN REALTY LLC; and DOES 1-10, | ) Complaint filed: 02/11/22 |
| Defendants. | ) |

## <u>ORDER</u>

GOOD CAUSE APPEARING, the default entered against Defendant CAJUN REALTY LLC, is set aside. Defendant has thirty (30) days to file and serve its Answer.

IT IS SO ORDERED:

Dated: _____                    _____

Hon. Percy Anderson

United States District Court Judge