John H. Everett, Esq. (Bar No. 95120)
LAW OFFICE OF JOHN H. EVERETT
110 West "A" Street, Suite 950
San Diego, California 92101
Telephone:  (619) 294-2200
Facsimile:  (619) 294-2300

Attorney for Defendant, CAJUN REALTY LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWAN KIM, | Case No.:  2:22-CV-00954-PA-SK |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION TO SET ASIDE DEFAULT** |
| CAJUN REALTY LLC; and DOES 1-10, | Complaint filed: 02/11/22 |
| Defendants. | |

## **ORDER**

GOOD CAUSE APPEARING, the default entered against Defendant CAJUN REALTY LLC, is set aside. Defendant has thirty (30) days to file and serve its Answer.

IT IS SO ORDERED:

Dated: June 14, 2022

_____
Percy Anderson
United States District Judge