JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HWAN KIM,

                Plaintiff,

     v.

CAJUN REALTY LLC; and DOES 1-10,

                Defendants.

Case No. CV 22-00954 PA (SKx)

JUDGMENT OF DISMISSAL

     In accordance with the Court's July 25, 2022 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: July 25, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE